## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JASON MCKINLAY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ELYSIAN BREWING COMPANY INC,<br><br>　　　　　　Defendants. | Case No. C19-1337 RSL-TLF<br><br>STIPULATION AND DISMISSAL WITH PREJUDICE |

　　　The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) have stipulated to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs. Dkt. 20. No order of the Court is required for dismissal under FRCP 41(a)(1)(A)(ii). The Court accepts the parties' stipulation and this action is dismissed with prejudice and without an award of costs or attorney's fees to either party.

　　　Dated this 12th day of August, 2020.

*/s/ Robert S. Lasnik*
_____
ROBERT S. LASNIK
United States District Judge

STIPULATION AND DISMISSAL WITH PREJUDICE - 1

Recommended for Entry
this 11th day of August, 2020

_Theresa L. Fricke_
Theresa L. Fricke
United States Magistrate Judge

STIPULATION AND DISMISSAL WITH PREJUDICE - 2